United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 25-41030-nhl

Runway Towing Corp.     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2

Date Rcvd: Mar 03, 2025     Form ID: 309F1     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Runway Towing Corp., 124-20 S Conduit Ave, South Ozone Park, NY 11420-4250 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10468361 | + | Dep of Taxation & Fin, 59 Maiden Ln, 28th Floor, New York, NY 10038-4502 |
| 10468362 | + | Dept of Consumer Affairs, 1133 Westchester Avenue, White Plains, NY 10604-3516 |
| 10468365 | + | NYS Department Transporta, Revenue Unit, POD 5-2, Albany, NY 12232-0001 |
| 10468363 | + | Nationwide, 7 Hish St, Huntington, NY 11743-3417 |
| 10468364 | + | Natl Liabiity & Fire Insu, 1253 Haddonfield Berline, Voorhees, NJ 08043-4847 |
| 10468359 | + | New York State Departmen, Harriman Campus Rd, Albany, NY 12227-0001 |
| 10468367 | + | One Second Avenue Corp, 124-20 S Conduit Ave, South Ozone Park, NY 11420-4250 |
| 10468368 | + | Royal Waste, 187-40 Hollis Avenue, Hollis, NY 11423-2808 |
| 10468370 | + | Somet Truck Center, 860 North Ave East, Elizabeth, NJ 07201-2104 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jshenwick@gmail.com | Mar 03 2025 18:16:00 | James H Shenwick, Shenwick & Associates, 116 Plymouth Drive, Scarsdale, NY 10583 |
| smg | | EDI: IRS.COM | Mar 03 2025 23:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 03 2025 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Mar 03 2025 18:16:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 03 2025 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10468360 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Mar 03 2025 18:16:00 | De Lage Landen Financial, 1111 Old Eagle School Rd, Wayne, PA 19087 |
| 10468369 | + | Email/Text: DeftBkr@santander.us | Mar 03 2025 18:16:00 | Santander Bank, 3 Huntington Quadrangle, Ste 101N, Melville, NY 11747-4623 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10468366 | | NYS DOT, South of Belt Pkwy &, North Nassau Exp, fr 123rd to 129th St |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 03, 2025 | Form ID: 309F1 | Total Noticed: 18 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025          Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:**

**Name**           **Email Address**

James H Shenwick
 on behalf of Debtor Runway Towing Corp. jshenwick@gmail.com

Office of the United States Trustee
 USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Runway Towing Corp. | EIN: | 20–1378741 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 11    2/28/25 |
| Case number: | 1–25–41030–nhl | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Runway Towing Corp. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 124–20 S Conduit Ave<br>South Ozone Park, NY 11420 | |
| 4. | **Debtor's attorney**<br>Name and address | James H Shenwick<br>Shenwick & Associates<br>116 Plymouth Drive<br>Scarsdale, NY 10583 | Contact phone  917-363-3391<br><br>Email:  jshenwick@gmail.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone  (347) 394–1700<br><br>Date: 3/3/25 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **April 7, 2025 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Meeting. To join, dial the, Meeting Phone Number 877–953–2748., When prompted, enter Participant Code, 3415538 and # sign** |

**For more information, see page 2 >**

Debtor  **Runway Towing Corp.**                                                                                   Case number **1–25–41030–nhl**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**  _____ | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |