**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:
Runway Towing Corp.

                              Chapter 11
                              Case No. 25-41030 (NHL)

Debtor.
---------------------------------------------------------x

## MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

Runway Towing Corp., the Debtor herein (the "Debtor"), by its counsel Shenwick & Associates, respectfully submits this Motion for entry of an order dismissing this Chapter 11 case pursuant to 11 U.S.C. § 1112(b), and states as follows:

**PRELIMINARY STATEMENT**

The Debtor files this motion because it can no longer continue operating as a going concern, has suffered and continues to suffer substantial diminution of its estate, and has no reasonable likelihood of rehabilitation. Runway Towing's towing permit has been revoked by City of New York, its License to use the Lot expired prior to the petition date, and the New York State Department of Transportation ("NYS DOT") seeks relief from the automatic stay to evict the Debtor from the Lot. Without access to the Lot, the Debtor cannot operate, cannot reorganize, and continuing this Chapter 11 case will only impose unnecessary administrative expense and delay to creditors.

**JURISDICTION AND VENUE**

This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

**LEGAL STANDARD UNDER 11 U.S.C. § 1112(b)**

Section 1112(b)(1) provides that, upon request of a party in interest, the Court shall dismiss a Chapter 11 case "for cause" unless the Court determines that appointment of a trustee or conversion is in the best interest of creditors.

Examples of "cause" include:

(4)(A): "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation"; and

Courts in the Eastern District of New York consistently hold that loss of core operating permits, inability to generate revenue, and lack of a feasible path to rehabilitation constitute cause for dismissal. See:

In re BH S&B Holdings LLC, 439 B.R. 342 (Bankr. S.D.N.Y. 2010) (continuing losses and no likelihood of rehabilitation justify dismissal.

In re Kaplan Breslaw Ash, LLC, 264 B.R. 309 (Bankr. S.D.N.Y. 2001) — inability to generate income supports finding of "continuing loss."

**GROUNDS FOR DISMISSAL UNDER § 1112(b)**
**A. Substantial and Continuing Loss to the Estate**

The Debtor's revenues have declined sharply over time. Runway Towing has lost its towing permit from the City of New York and its License to use the Lot expired prior to the petition date. Although the Debtor licenses space to Apex JFK Parking

Inc. and Park AC Inc., the Debtor merely breaks even. These circumstances constitute the inability to reorganize within the meaning of § 1112(b)(4)(A).

**B. No Reasonable Likelihood of Rehabilitation**

The Debtor cannot operate without:

A valid towing permit; and a Lot on which to park vehicles.

NYS DOT's motion for relief from the automatic stay—returnable December 2, 2025—would remove the Debtor from the Lot, leaving the Debtor with no operational base. The Debtor has been unable to reach any settlement with NYS DOT. Without a location to park vehicles or operate its business, rehabilitation is impossible.

**C. Inability to Reorganize and Prejudice to Creditors**

The Debtor has no ability to propose a feasible plan. Continuing the case will only generate administrative costs to the detriment of creditors. Dismissal is in the best interests of creditors and the estate.

**RELIEF REQUESTED**

For the reasons set forth above, the Debtor respectfully requests that this Court dismiss this Chapter 11 case pursuant to 11 U.S.C. § 1112(b).

**CONCLUSION**

**WHEREFORE**, the Debtor respectfully requests entry of the annexed proposed Order dismissing this Chapter 11 case, together with such other and further relief as this Court.

Date: 11-19-2025

/s/James H. Shenwick
James H. Shenwick
SHENWICK & ASSOCIATES.
Counsel to Debtor
116 Plymouth Drive
Scarsdale, NY 10583
917 363 3391
jshenwick@gmail.com

Return Date: December 2, 2025
Time: 930AM

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re:
Runway Towing Corp.
Chapter 11
Case No. 25-41030 (NHL)
Debtor.
----------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE

PLEASE TAKE NOTICE that upon the annexed Motion of Runway Towing Corp. (the "Debtor") dated November 19, 2025, the Debtor will move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge for the Eastern District of New York, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, on December 2, 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, for entry of an order dismissing this Chapter 11 case pursuant to 11 U.S.C. § 1112(b), together with such other and further relief as the Court deems just and proper.

The hearing will be conducted solely using the Webex audio video platform. The hearing will be held by videoconference. Parties have the option to either connect by video using the provided video link or dial in as an audio only participant. However, parties are encouraged to appear by video. All participants are asked to use eCourt Appearances to register their hearing appearances (https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl) and may register for hearings weeks in advance, but not less than 24 hours in advance. Once registered, eCourtAppearances will email the telephone number and/or video link for this hearing.

Those registering with eCourtAppearances for hearings in less than 48 hours should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link.

Those unable to access eCourtAppearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case numbers(s), who you represent (if you are an attorney), hearing date, and phone number.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, shall be filed and served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Eastern District of New York.

Dated: Scarsdale, New York
November 19, 2025

SHENWICK & ASSOCIATES
Counsel for the Debtor Runway Towing Corp.
116 Plymouth Drive
Scarsdale, NY 10583
(917) 363-3391

By: /s/ James Shenwick, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**In re:**
**Runway Towing Corp.**

                                     Chapter 11
                                     Case No. 25-41030 (NHL)

                 Debtor
-----------------------------------------------------------x

# ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion") of Runway Towing Corp. (the "Debtor") seeking dismissal of this Chapter 11 case pursuant to 11 U.S.C. § 1112(b); and the Court having jurisdiction to consider the Motion; and due and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the above-captioned Chapter 11 case is hereby DISMISSED pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that the Court shall retain jurisdiction to enforce and interpret this Order.

**Dated:**
December 2, 2025
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge